■ In the Matter of O'KIMA HENRY, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [994 NYS2d 863]—Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about October 23, 2013, which, in a CPLR article 78 proceeding to annul respondent Housing Authority's termination of petitioner's public housing tenancy on the grounds of nondesirability, denied respondent's motion to dismiss the petition as barred by the statute of limitations, unanimously reversed, on the law, without costs, the cross motion granted, and the petition dismissed.

On March 23, 2013, petitioner pro se commenced this proceeding seeking to reverse respondent's June 11, 2012 denial of her application to vacate her default in appearing at a hearing on charges to terminate her tenancy. The denial constitutes a final and binding determination from which the four-month statute of limitations is measured (*see Matter of Yarbough v Franco*, 95 NY2d 342, 347 [2000]). Thus, this proceeding is time-barred (*see* CPLR 217 [1]), leaving the court without discretion to address the merits of petitioner's underlying claims (*see Matter of Thorton v New York City Hous. Auth.*, 100 AD3d 556, 557 [1st Dept 2012]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Richter and Feinman, JJ.